CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
            vs.             )   Criminal Case No.   08-135 (JDB)
                            )
                            )   **FILED**
BRUCE MCCAFFREY             )
                                MAY 1 5 2008

                                NANCY MAYER WHITTINGTON, CLERK
                                U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____*Bruce McCaffrey*_____
Defendant

_____*[signature]*_____
Counsel for defendant

I consent:

_____*[signature]*_____
Assistant United States Attorney


Approved:

_____*[signature]*_____          Date: _____*May 15, 2008*_____
Judge John D. Bates