UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 08-135 (JDB)
)
BRUCE MCCAFFREY )
)

**FILED**

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I,   BRUCE MCCAFFREY  , the above-name defendant, who is accused of

**Conspiracy to Restrain Trade
15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on    May 15, 2008    prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: _____
         Judge John D. Bates