U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED
MAY 15 2008


NANCY M. ... NGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA

v.

BRUCE MCCAFFREY

Case No
08-cr-135-JDB

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __15th__ day of __May 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __To Be Determined__ by __FBI SA Paul Geboski__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the Washington Field Office of the FBI__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI SA Paul Geboski__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

COURT
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80