NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number   1:08-cr-00135-JDB 1

**BRUCE McCAFFREY**
        (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Thomas J. Fleming 322131
(Attorney & Bar ID Number)

Olshan Grundman Frome Rosenzweig & Wolosky LLP
(Firm Name)

Park Avenue Tower, 65 E. 55th Street
(Street Address)

New York, New York 10022
(City)          (State)        (Zip)

212-451-2300
(Telephone Number)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE McCAFFREY,<br><br>    Defendant. | Criminal No. 1:08-cr-00135-JDB 1 |

## CERTIFICATE OF SERVICE

  I, THOMAS J. FLEMING, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on May 19, 2008, I served a true copy of the **NOTICE OF APPEARANCE** upon

    **Brent C. Snyder** - Email: brent.snyder@usdoj.gov
    **Elizabeth Aloi** - elizabeth.aloi@usdoj.gov
    **Katherine Ann Schlech** - katherine.schlech@usdoj.gov
    **Kathryn M. Hellings** - katie.hellings@usdoj.gov
    **Mark C. Grundvig** - mark.grundvig@usdoj.gov
    U.S. DEPARTMENT OF JUSTICE
    1401 H Street, NW
    Suite 3700
    Washington, DC 20530
    (202) 616-3186

via the United States District Court for the District of Columbia Electronic Case Filing System.

          /s/ Thomas J. Fleming
            Thomas J. Fleming

577929-1
5291582v1