UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

BRUCE McCAFFREY,

        Defendant.

Criminal No. 1:08-cr-00135-JDB 1

## MOTION TO ADMIT JEFFREY A. UDELL *PRO HAC VICE*

Pursuant to Local Civil Rule No. 83.2(d) of the United States District Court for the District of Columbia, defendant Bruce McCaffrey, by his attorney, Thomas J. Fleming, a member of the law firm Olshan Grundman Frome Rosenzweig & Wolosky LLP, moves this Court to admit Jeffrey A. Udell also a member of the law firm Olshan Grundman Frome Rosenzweig & Wolosky LLP, *pro hac vice* for purposes of the above-captioned matter and states:

    1.    The undersigned is a member of the law firm of Olshan Grundman Frome Rosenzweig & Wolosky LLP and is a member in good standing of the Bar of the District of Columbia.

    2.    Mr. Udell also a member of Olshan Grundman Frome Rosenzweig & Wolosky LLP, and he has been retained by the defendant Bruce McCaffrey to represent his interests in this action.

    3.    Mr. Udell is a member in good standing of the Bar of the State of New York.

577669-1

2

     WHEREFORE, defendant Bruce McCaffrey requests that this Court order that Jeffrey A. Udell be admitted to practice before this Court, *pro hac vice,* in this case.

Dated: New York, New York
       May 19, 2008

                        OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

                        By:  /s/ Thomas J. Fleming
                              Thomas J. Fleming (DC Bar No. 322131)
                              *Attorneys for Defendant*
                              Park Avenue Tower
                              65 East 55th Street
                              New York, New York 10022
                              (212) 451-2300
                              fax (212) 451-2222

**577669-1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRUCE McCAFFREY,

    Defendant.

Criminal No. 1:08-cr-00135-JDB 1

### DECLARATION OF JEFFREY A. UDELL FOR ADMISSION AS COUNSEL *PRO HAC VICE*

JEFFREY A. UDELL, declares under the penalties of perjury, pursuant to 28 U.S.C. §1746, that:

1. I am a partner in the law firm of Olshan Grundman Frome Rosenzweig & Wolosky LLP, 65 East 55th Street, New York, New York 10022, (212) 451-2300.

2. I am a member of good standing of the Bar of the State of New York.

3. I am admitted for the practice of law in the following states or other jurisdictions:

    a. New York State Court;
    b. U.S. District Court for the Eastern District of New York;
    c. U.S. District Court for the Southern District of New York;
    d. U.S. Court of Appeals for the Second Circuit;
    e. U.S. Supreme Court

4. I have not appeared in any other actions in this Court in the preceding two years.

5. I have not been disbarred or suspended and I am not the object of pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

Dated: May 19, 2008

                                                              JEFFREY A. UDELL

577670-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BRUCE McCAFFREY,<br><br>        Defendant. | Criminal No. 1:08-cr-00135-JDB 1 |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

This ___ day of May, 2008, the Court having been presented with Defendant's motion, pursuant to Local Civil Rule No. 83.2(d) of the United States District Court for the District of Columbia, for the admission *pro hac vice* of Jeffrey A. Udell,

   IT IS HEREBY ORDERED as follows:

Jeffrey A. Udell, Esq., is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the District of Columbia.

_____

577671-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BRUCE McCAFFREY,<br><br>　　　　　Defendant. | Criminal No. 1:08-cr-00135-JDB 1 |

## CERTIFICATE OF SERVICE

　　　I, THOMAS J. FLEMING, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on May 19, 2008, I served a true copy of the **MOTION TO ADMIT JEFFREY A. UDELL PRO HAC VICE, DECLARATION OF JEFFREY A. UDELL FOR ADMISSION AS COUNSEL PRO HAC VICE and PROPOSED ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE** upon

　　　　　　　　**Brent C. Snyder** - Email: brent.snyder@usdoj.gov
　　　　　　　　**Elizabeth Aloi** - elizabeth.aloi@usdoj.gov
　　　　**Katherine Ann Schlech** - katherine.schlech@usdoj.gov
　　　　　**Kathryn M. Hellings** - katie.hellings@usdoj.gov
　　　　　**Mark C. Grundvig** - mark.grundvig@usdoj.gov
　　　　　　　　　U.S. DEPARTMENT OF JUSTICE
　　　　　　　　　　　1401 H Street, NW
　　　　　　　　　　　　Suite 3700
　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　(202) 616-3186


via the United States District Court for the District of Columbia Electronic Case Filing System.

　　　　　　　　　　　　　　　　　/s/   Thomas J. Fleming
　　　　　　　　　　　　　　　　　　Thomas J. Fleming

577683-1
5291582v1